UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| KARLENE FLETCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL NO.  1:06-CV-00079 |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## OPINION AND ORDER

This matter is before the Court on a Motion of Award of Attorney's Fees Pursuant to the Equal Access to Justice Act filed by Plaintiff Karlene Fletcher on December 20, 2006. (Docket # 25.)  Defendant Commissioner of Social Security has apparently declined to file a response.

On November 20, 2006, this Court entered an Order remanding this case to the Social Security Administration for further proceedings. (Docket # 23.)  Fletcher is now seeking $1,784.00 in attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  The EAJA states that "[e]xcept as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses . . . incurred by that party in any civil action . . . brought by or against the United States . . . unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A).  Here, the Commissioner apparently concedes that an award of fees is appropriate since it has declined to file a response.

Accordingly, Fletcher's request for attorney fees will be granted.

## **CONCLUSION**

For the foregoing reasons, Plaintiff's motion for award of attorney's fees under the EAJA (Docket # 25) is GRANTED in the amount of $1,784.00.

Enter for January 11, 2007.

S/ Roger B. Cosbey
Roger B. Cosbey
United States Magistrate Judge
